THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
DANIEL T. DONOVAN, Appellant.

The provision of the Code of Criminal Procedure (§ 527, as amended by
chapter 360, Laws of 1882), authorizing the appellate court to order a
new trial in a criminal action, although no exceptions were taken on trial,
applies only to the Supreme Court ; this court has no authority to review
the judgment unless exceptions have been duly and properly taken.

(Argued December 16, 1885 ; decided January 19, 1886.)

THE defendant was convicted of the crime of murder in the
second degree.

The points presented upon the appeal appear in the follow-
ing extract from the opinion :

" Upon the argument of this appeal, no exception to any
ruling of the trial court was pointed out by the appellant's
counsel as a ground for a reversal of the conviction of the de-
fendant, and after a careful examination of the case and excep-
tions, we are satisfied that none was taken which authorize a
reversal.

" The appellant urges that upon a consideration of the whole
case, if the court should be of the opinion that injustice had
been done to the defendant, it is authorized by section 527 of
the Code of Criminal Procedure to order a new trial.

" We have frequently decided that the powers conferred by
that section were intended to be exercised by the Supreme

Court alone, and that we have no authority to review a judgment in a criminal action, unless exceptions have been regularly and properly taken to the rulings of the trial court."

*Charles H. Reed* for appellant.

*DeLancey Nicoll* for respondent.

RUGER, Ch. J., reads for affirmance.
All concur.
Judgment affirmed.